IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

VS

STEVE ALLEN TEESATESKIE, JR.

Case No. 1:17-mj-00062-DLH

## ORDER TO SEAL

The government's Motion to seal the affidavit is granted. All papers or documents filed in connection with the affidavit are ordered sealed until further order of this Court.

Signed: May 3, 2017

Dennis L. Howell
United States Magistrate Judge