# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 64

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) |
| | ) ORDER |
| STEVE ALLEN TEESATESKIE, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Release to an Inpatient Treatment Program and Request for a Detention Hearing (#16). The undersigned conducted a hearing on Defendant's motion on June 21, 2017 and found good cause to release Defendant on terms and conditions of release to attend substance abuse treatment and as a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Release to an Inpatient Treatment Program and Request for a Detention Hearing (#16) is **ALLOWED.**

Signed: June 22, 2017

_____
Dennis L. Howell
United States Magistrate Judge

1