IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 64

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Vs. )<br>)<br>STEVE ALLEN TEESATESKIE, JR., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Continued Release and Request for a Detention Hearing (#22). At the call of this matter on for hearing it appeared Defendant was present with his counsel and the Government was present by and through AUSA Justin Eason. After hearing arguments from counsel for Defendant and from the United States Attorney, the undersigned has determined to enter an Order allowing the motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Continued Release and Request for a Detention Hearing (#22) is **ALLOWED** and Defendant is released on terms and conditions of pretrial release as is set forth by separate Order.

Signed: August 14, 2017

Dennis L. Howell
United States Magistrate Judge